.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Lonnie F.**

       **Plaintiff,**

  **v.**                                               Case No. 2:23-cv-890

                                                                 Magistrate Judge Deavers

**COMMISSIONER OF SOCIAL SECURITY**

       **Defendant.**

[ ]  **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**   This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed on July 23, 2024, judgment in favor of the Commissioner of Social Security.

Date: July 23, 2024                                             **Richard W. Nagel, Clerk of Court**

                                                                     By:    /s/Jodi L. Keener
                                                                             Jodi L. Keener, Deputy Clerk